JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HERNANDEZ DIAZ,<br><br>    Petitioner,<br><br>  v.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>    Respondent. | Case No. ED CV 09-1547 CJC (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 9, 2011

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE